1  Jacob J. Rivas, No. 208504
   MARDEROSIAN, RUNYON, CERCONE,
2   LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Attorneys for: Defendants CITY OF BAKERSFIELD AND BAKERSFIELD POLICE
   OFFICERS NATHAN ANDERBERG, CHRISTOPHER KNUTSON AND
6  TED J. MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD KILEBREW, | Case Number CIV-F-04-5208 TAG |
| Plaintiff, | **STIPULATED DISMISSAL AND** |
| v. | ▬▬▬▬▬▬ **ORDER** |
| CITY OF BAKERSFIELD; NATHAN ANDERBERG; CHRISTOPHER KNUTSON; TED J. MARTINEZ, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that defendants, CITY OF BAKERSFIELD AND BAKERSFIELD POLICE OFFICERS NATHAN ANDERBERG, CHRISTOPHER KNUTSON AND TED J. MARTINEZ, be dismissed with prejudice in accordance with a waiver of costs in this matter.

///

///

///

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

Kilebrew v. City of Bakersfield, et al.
United States District Court, Eastern District of California, Case No. CIV-F-04-5208 OWW TAG

1

Dated: June 24, 2005                    MARDEROSIAN, RUNYON, CERCONE
                                        LEHMAN & ARMO

                                        /s/ Jacob J. Rivas, Esquire

                                        By:_____
                                        JACOB J. RIVAS,
                                        Attorney for defendants above-named.


Dated: July 26, 2005                    SIMMONS, KOESTER & ASSOCIATES

                                        /s/ James Simmons, Esquire

                                        By: _____
                                        JAMES SIMMONS, Attorney for
                                        Plaintiff, LLOYD KILEBREW

## ORDER

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.

Dated: *August 18, 2005*                *Theresa A. Goldner*
                                        United States Magistrate Judge

---

Kilebrew v. City of Bakersfield, et al.
United States District Court, Eastern District of California, Case No. CIV-F-04-5208 OWW TAG

2